FORM CACB van156–od13vdrr
Rev. 06/2017

# United States Bankruptcy Court
## Central District of California

**21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL
## OF CHAPTER 13 WITH RESTRICTIONS [11 U.S.C. §§ 109(g)(2) and 1307(b)]

**DEBTOR INFORMATION:**
Orna Shaposhnik
dba Boss Enterprise

**BANKRUPTCY NO.** 1:19–bk–12354–VK

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–4866
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 11/18/19

**Address:**
18375 Ventura Blvd #599
Tarzana, CA 91356

Based on debtor's request and because this is a dismissal on request of the debtor after a motion for relief from the automatic stay has been filed, IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed;
(2)  the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law; and
(3)  debtor is prohibited from filing any new bankruptcy petition within 180 days from the entry of this order.

Dated: November 18, 2019

BY THE COURT,

**Victoria S. Kaufman**
United States Bankruptcy Judge

Form van156–od13vdrr Rev. 06/2017

**37 – 28 / JCI**